IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                          No. 2:06-cr-0376 JAM GGH P

    vs.

JAIME ZAZUETA MIRANDA

    Movant.                            <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. This case was referred to the undersigned on August 30, 2012. Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

        Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

/////

1

Movant has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. <u>See</u>, <u>e.g.</u>, <u>Irwin v. United States</u>, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time. Movant pled guilty in the instant case and has presented fairly straightforward claims of ineffective assistance of counsel regarding the plea. Therefore, the motion will be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file an answer as set forth above and movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

2. The motion to proceed in forma pauperis (Doc. 122) is granted;

3. The motion for appointment of counsel (Doc. 121) is denied without prejudice;

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: September 5, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
mira0376.206